JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN WHITAKER, | Case No. 2:19-cv-08741-MCS-GJS |
| Plaintiff, | **JUDGMENT** |
| v. | |
| DOLLAR HITS TEMPLE INC. et al., | |
| Defendants. | |

It is hereby ordered, adjudged and decreed that Plaintiff Brian Whitaker take nothing in the above-captioned action, and that judgment shall be entered in favor of Defendant Dollar Hits Temple Inc. and against Plaintiff. The Clerk is ordered to enter this Judgment forthwith and without further notice.

Dated: April 12, 2021

MARK C. SCARSI
UNITED STATES DISTRICT JUDGE